**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 24-000118-JB |
| | ) |
| TY'SHAUN D. ROBINSON | ) |

**ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 109) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One, Two, and Eight of the Indictment, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **January 27, 2025,** at **11:00 a.m**.

**DONE and ORDERED** this 16th day of October 2024.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE